BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TAYLOR MYERS | Case No. 17-01265 CMK |
| Plaintiff, | ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| COMMISSIONER OF SSA | |
| Defendant. | |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to May 18, 2018.

Dated: April 16, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1