# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA TAYLOR MYERS,  No. 2:17-CV-1265-CMK

    Plaintiff,

  vs.  <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

    Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is the parties' stipulation for an extension of time for plaintiff to file a dispositive motion.[1]  Good cause appearing therefor, the stipulation is approved.  Plaintiff's dispositive motion is due by June 15, 2018.

/ / /

/ / /

---

[1] The parties did not submit a proposed order pursuant to the court's local rules.

1

IT IS SO ORDERED.

DATED: May 23, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE