BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA TAYLOR MYERS | ) | Case No. 17-01265 CMK |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | ) | |
| COMMISSIONER OF SSA | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended. Plaintiff's motion filed on June 26, 2018, is deemed timely.

Dated: July 2, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1