McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARIA TAYLOR MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01265-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 25, 2018, to August 27, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because S. Wyeth McAdam, the attorney responsible for drafting any opposition or counter-motion, was unable to complete her opposition because she was assisting her father-in-law who entered hospice care.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 16, 2018  /s/ Bess M. Brewer
(*as authorized via email on July 16, 2018)
BESS M. BREWER
Attorney for Plaintiff

Dated: July 16, 2018  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: July 18, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE