McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TAYLOR MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:17-cv-01265-CMK<br><br>STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT |

IT IS HEREBY STIPULATED, by and between Maria Taylor Myers (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings. The Appeals Council will instruct the administrative law judge (ALJ) to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The Appeals Council will instruct the ALJ to reevaluate the consistency of Plaintiff's

Stipulation for Voluntary Remand, 2:17-cv-01265-CMK

1

symptoms and claimed limitations with the record and explain the rationale for his or her findings. The Appeals Council will instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work or any other work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 27, 2018        By:    /s/ Elizabeth Firer
                                     ELIZABETH FIRER
                                     Special Assistant United States Attorney

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel

                                      /s/ Bess Brewer
                                      BESS BREWER
                                      Law Office of Bess M. Brewer
                                      Counsel for Plaintiff
                                      As authorized via email on August 25, 2017

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 27, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand, 2:17-cv-01265-CMK

2